377 A.2d 1006

Witten, Appellant, v. Prudential Insurance Company
of America.

Argued June 13, 1977.  Lawrence D. Finney, with him
William Morrow, for appellant;  Peter C. Paul, with him
Rawle & Henderson, for appellee.

Order affirmed.

PRICE, J., did not participate in the consideration or
decision of this case.